NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROLLAND MARSHALL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7071

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-4778, Judge Robert N. Davis.

---

ON MOTION

---

ORDER

Rolland Marshall moves for a 90-day extension of time to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Marshall's opening brief is due within 90 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

MAR 09 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Rolland Marshall
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 09 2012

JAN HORBALY
    CLERK